```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611018481
Cashier ID: waltonb
Transaction Date: 08/04/2020
Payer Name: Gregoire Gentil
----------------------------------
CIVIL FILING FEE
  For: Gregoire Gentil
  Case/Party: D-CAN-5-20-CV-005358-001
  Amount:        $400.00
----------------------------------
PAPER CHECK CONVERSION
  Remitter: Gregoire Gentil
  Check/Money Order Num: 651
  Amt Tendered: $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

EMC

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```